# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | 2:09-CR-402-KJD-(LRL) |
| FRANCO GALLI, | ) ) ) | |
| Defendant. | ) | |

## ORDER OF FORFEITURE

This Court found on June 4, 2010, that FRANCO GALLI shall pay the criminal forfeiture money judgment of $143,766.16 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 982(a)(7); and Title 21, United States Code, Section 853. Superseding Information, ECF No. 36; Plea Memorandum, ECF No. 38; Change of Plea, ECF No. 39; Order of Forfeiture, ECF No. 40.

On November 19, 2010, Opposing Counsel filed a Memorandum in Opposition of Collection of Restitution and Forfeiture (ECF No. 53). On December 3, 2010, the United States filed a Brief in Support of Entry of Both Restitution and Forfeiture and Response to Galli's Memorandum (ECF Nos. 57 and 58).

On January 12, 2012, the United States filed a Motion for Entry of Forfeiture Order and Amendment to the Judgment in a Criminal Case (ECF No. 63). On October 11, 2013, the Court entered an Order Granting the Motion for Forfeiture of Property and Amendment to the Judgment in a Criminal Case (ECF No. 75).

1  THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United
2  States recover from FRANCO GALLI the criminal forfeiture money judgment in the amount of
3  $143,766.16 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18,
4  United States Code, Section 982(a)(7); Title 21, United States Code, Section 853; and Title 21, United
5  States Code, Section 853(p).
6  DATED this 14th day of  March , 2014.

_____
UNITED STATES DISTRICT JUDGE

2